

**ORIGINAL**

EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

HARRY YEE  (3790)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  harry.yee@usdoj.gov

Attorneys for Petitioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2005

at __10__ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MISC. NO. 04-00269 HG LEK |
| | ) | |
| Petitioner, | ) | NOTICE OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| EARLE KAGEYAMA, | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF DISMISSAL

Please take notice that the above-entitled action is hereby voluntarily dismissed without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

DATED: January 12, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
HARRY YEE
Assistant U.S. Attorney